Craig K. Perry, Esq.
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Telephone: (702) 228-4777
Facsimile:  (702) 943-7520
Email: info@1stoplawfirm.com

Attorney for Plaintiff

# IN THE UNITED DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EDUARDO ESTRADA,<br><br>              Plaintiff,<br><br>vs.<br><br>FFS, INC.<br><br>              Defendant. | CASE NO.: 2:17-cv-02214-APG-NJK |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to between the parties hereto, Plaintiff EDUARDO ESTRADA, by and through his attorney of record CRAIG K. PERRY, Esq., of the law firm of CRAIG K. PERRY & ASSOCIATES, and FFS, INC., by and through its attorney of record, JEREMY T. BERGSTROM, Esq., of the law firm of BERGSTROM LAW, LTD that the above entitled action shall be dismissed with prejudice and that both parties shall be bear their own attorneys fees and costs incurred. There is no trial or arbitration date set in this matter and no deposit of jury fees.

//

//

//

DATED this 20th day of November 2017    DATED this 22 day of November 2017

**CRAIG K. PERRY & ASSOCIATES**    **BERGSTROM LAW LTD**

By_____    By_____
CRAIG K. PERRY, ESQ.    JEREMY T. BERGSTROM, ESQ.
Nevada Bar No. 3786    Nevada Bar No. 6904
725 So. 8th St., Suite B    9555 S. Eastern Avenue Suite 200
Las Vegas, Nevada 89101    Las Vegas, Nevada 89123
Attorney for Plaintiff    Attorney for Defendant

## ORDER

Pursuant to foregoing Stipulation And Order To Dismiss With Prejudice and good cause showing, therefore,

IT IS ORDERED that the above-above-captioned and numbered matter be and the same hereby is dismissed with prejudice as to both parties, and all parties to bear their own attorney's fees and costs.

Dated: November 30, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

By_____
CRAIG K. PERRY, ESQ.
Nevada Bar No. 3786
8010 W. Sahara Ave., Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
Attorney for Defendant